Elena Condes  (CBN 169515)
LAW OFFICE OF ELENA CONDES
1010 Grayson Street, Suite Two
Berkeley, California 94710
Tel: (510) 525-4243
Fax: (510) 644-1511

Attorney for Defendant
HENRI BERGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-05 00334 SBA [WDB] |
| Plaintiff, | [~~PROPOSED~~] ORDERS DIRECTING U.S. MARSHAL TO ARRANGE FOR NON-CUSTODIAL TRANSPORTATION |
| vs. | |
| HENRI BERGER,<br>     a/k/a Sir Richard Benson | |
| Defendant. | |

Defendant, Henri Berger, being required to appear in this Court on December 13, 2005, having qualified for appointed legal representation, and good cause appearing therefor, IT IS ORDERED that the United Sates Marshal for the Northern District of California arrange a one-way non-custodial air transportation for Mr. Berger to travel from Oakland, to Los Angeles County on December 13, 2005.  Alternatively, the United States Marshal may furnish the necessary fare for Mr. Berger's trip in lieu of providing such transportation.

Dated: December 13, 2005

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Wayne D. Brazil]*

_____
WAYNE D. BRAZIL
United States Magistrate Judge

APPLICATION/ORDER RE: TRANSPORTATION