1  Elena Condes  (CBN 169515)
   LAW OFFICE OF ELENA CONDES
2  1010 Grayson Street, Suite Two
   Berkeley, California 94710
3  Tel: (510) 525-4243
   Fax: (510) 644-1511
4

5  Attorney for Defendant
   HENRI BERGER
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,           | No.  CR-05 00334 SBA |
|---|---|
12 | Plaintiff,                           | SUPPLEMENTAL REQUEST FOR WAIVER OF DEFENDANT HENRI |
13 | vs.                                  | BERGER'S PERSONAL PRESENCE AT THE PRE-TRIAL CONFERENCE; AND |
14 | HENRI BERGER,                        | DECLARATION OF DR. IVOR L. GEFT, |
   | a/k/a Sir Richard Benson             | M.D. IN SUPPORT THEREOF |
15 | Defendant.                           | (Fed.R.Crim.P. 43) |
16 | _____/       |   |

17         Defendant, Henri Berger, by and through his attorney of record, Elena Condes, hereby

18  submits a Supplemental Request for Waiver of Defendant Henri Berger's Personal Presence at

19  the Pre-trial Conference.  On May 9, 2006, defendant, Henri Berger, filed a Waiver of Defendant

20  Henri Berger's Personal Presence, Doc. No. 146 with the Court.  On May 10, 2006, the Court

21  denied Mr. Berger's Waiver of Personal Presence, Doc. 148.  The Court did not find good cause

22  to waive Mr. Berger's appearance as he had a pre-op appointment on May 11, 2006 and the

23  procedure on May 17, 2006, and no appointment on May 16, 2006 (the day of the Pre-Trial

24  Conference).  The Court further stated that "[Mr. Berger] did not provide any other explanation

25  regarding his inability to appear at the Pre-Trial Conference" on May 16, 2006.

26         Mr. Berger attended his pre-op appointment today, May 11, 2006, and submits the

27  attached Declaration of Dr. Ivor L. Geft, M.D. in support of his Supplemental Request for

28

Supplemental Request for Waiver of Defendant
 Henri Berger's Personal Presence
(Fed. R. Crim. P. 43)

Waiver of Defendant Henri Berger's Personal Presence.

Defendant Berger's treating physician, Dr. Geft, stated that "Mr. Berger is at risk for a future heart attack because of his present symptoms and past history." Dr. Geft further stated that he "strongly feel[s] that [Mr. Berger] should not be subjected to any stress associated with any pre-trial appearance or a trial till after the angiogram has been performed and he has completely recovered from the said angiogram, or any procedure conducted as a result of the said angiogram." See, attached Declaration of Dr. Ivor L. Geft, M.D.

Accordingly, Defendant Berger respectfully requests that the Court to allow Mr. Berger to Waive his Personal Presence at the Pre-Trial Conference.

Dated: May 9, 2006

/S/
Elena Condes, Attorney for
Defendant HENRI BERGER

Based on the foregoing, the Court hereby FINDS good cause to allow Defendant to Waive his appearance at the Pre-Trial Conference. IT IS HEREBY ORDERED that Mr. Berger's appearance on May 16, 2006 is WAIVED.

IT IS SO ORDERED.

Dated: May 12, 2006

SAUNDRA BROWN ARMSTRONG
United States District Judge

Supplemental Request for Waiver of Defendant
Henri Berger's Personal Presence
(Fed. R. Crim. P. 43)                2