IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-334 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 168] |
| HENRI BERGER, | |
| Defendant. | |

On September 8, 2006, Defendant Henri Berger filed a Motion for Substitution of Attorney, alleging a breakdown in communication between himself and his appointed counsel, Elena Condes. Defendant asks to substitute retained counsel, Ralph Ayala. Trial is set to begin in this matter on October 4, 2006.

IT IS HEREBY ORDERED THAT Defendant Henri Berger's Motion for Substitution of Attorney is set for hearing on **September 19, 2006 at 11:00 a.m.**

IT IS FURTHER ORDERED THAT Defendant, Ms. Condes, and Mr. Ayala shall personally appear at the hearing.

IT IS SO ORDERED.

Dated: 9/12/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge