RECEIVED
SEP - 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 25 2006
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HENRI BERGER,<br><br>  Defendant. | US District Judge Sandra Brown Armstrong<br><br>Case No.: CR 05-00334-SBA<br><br>[Proposed Order] granting DEFENDANT HENRI BERGERS NOTICE OF SUBSTITUTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION FOR SUBSTITUTION OF ATTORNEY AND DECLARATION OF HENRI BERGER UNDER SEAL |

The Court has considered granting Henri Berger's *Exparte* Application for Leave to File Defendant Henri Berger's Notice and Motion of Substitution of Counsel, Memorandum of Points and Authorities in Support of his Motion and Declaration of Henri Berger under seal.

After due deliberation and sufficient cause having been shown,

**IT IS HEREBY ORDERED:**

The aforesaid application is granted

Dated: September 25 2006

/s/ *signature*
Honorable Judge Sandra Brown Armstrong

---

[[Proposed] Order Granting Henri Berger's *Exparte* Application for Leave to File Motion for Substitution of Counsel filed Under Seal