RALPH AYALA
(Bar No.81497)
3715 GLOBE AVENUE
LOS ANGELES, CA 90066
(310) 390-9112

Attorney for HENRI BERGER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE CR-05-00334 SBA (WDB) |
|---|---|
| Plaintiff, | ) ORDER EXCUSING<br>) HENRI BERGER'S<br>) PERSONAL APPEARANCE<br>) (PROPOSED ORDER) |
| vs. | ) |
| HENRI BERGER, | ) |
| Defendant. | ) |

Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Henri Berger's personal appearance at the status conference on Tuesday, May 18, 2010 is excused.

Dated: 05/17/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge
Northern District of California


(PROPOSED) ORDER EXCUSING
DEFENDANT'S PERSONAL APPEARANCE