1
2                        UNITED STATES DISTRICT COURT
3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                                  OAKLAND DIVISION
5

| 6  | UNITED STATES OF AMERICA, | Case No: CR 05-0334 SBA |
|----|---------------------------|-------------------------|
| 7  | Plaintiff,                | **ORDER DENYNG TRAVEL REQUEST** |
| 8  | vs.                       |                         |
| 9  | HENRI BERGER, et al.,     |                         |
| 10 | Defendants.               |                         |

   On June 2, 2010, Defendant Henri Berger, who currently is on pretrial release, submitted a request for authorization to travel to Las Vegas, Nevada, between June 4 to June 8, 2010, for an unspecified opportunity regarding "a real estate/investment advisory position…." However, there is no indication in the request that Defendant's counsel met and conferred with pretrial services or counsel for the Government regarding their position on the proposed travel order.  Accordingly,

   IT IS HEREBY ORDERED THAT Defendant's request is DENIED, without prejudice.

   IT IS SO ORDERED.

Dated:  June 3, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge