RALPH AYALA
(Bar No. 081497)
ralphayalafederal@yahoo.com
3715 GLOBE AVENUE
LOS ANGELES, CA 90066
(310) 390-9112

Attorney for HENRI BERGER

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA-OAKLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-05-00334 |
| | ) | |
| Plaintiff, | ) | XXPROPOSEDXORDERXX |
| | ) | |
| vs. | ) | ORDER EXCUSING HENRI BERGER'S |
| | ) | PERSONAL APPEARANCE |
| HENRI BERGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that Henri Berger's personal

appearance at the Status Conference on Tuesday, July 13, 2010 is excused.

Dated: 7/12/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge
Northern District of California

(PROPOSED ORDER) EXCUSING DEFENDAN'S PERSONAL APPEARANCE