RALPH AYALA
(Bar No. 081497)
ralphayalafederal@yahoo.com
3715 GLOBE AVENUE
LOS ANGELES, CA 90066
(310) 390-9112

Attorney for HENRI BERGER

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA-OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-05-00334 |
| ) | |
| Plaintiff, ) | ~~(PROPOSED ORDER)~~ |
| ) | |
| vs. ) | ORDER EXCUSING HENRI BERGER'S |
| ) | PERSONAL APPEARANCE |
| HENRI BERGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____)

Good cause appearing therefore,

IT IS HEREBY ORDERED that Henri Berger's personal appearance

at the Status Conference on Tuesday, November 16, 2010 is excused.

Dated: 11/15/10

_____
*Saundra B. Armstrong*
HONORABLE SAUNDRA BROWN ARMSTRONG